IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA OSHAUGHNESSY and MELISSA MURILLO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>   -against-<br><br>GREGORYS COFFEE MANAGEMENT LLC,<br><br>Defendant. | No. 1:21-cv-4350-RER |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

Named Plaintiffs Joshua Oshaughnessy and Melissa Murillo, on behalf of themselves and the Settlement Class Members they represent, move this Court to enter their proposed order (attached as Exhibit A to the Declaration of Michael M. Tresnowski): (1) approving the settlement set forth in the Agreement, ECF No. 26-2; (2) approving the Service Awards to Named Plaintiffs; and (3) approving the attorneys' fees and costs.[1]

In support of this Motion, the Named Plaintiffs submit a Memorandum of Law in Support of their Unopposed Motion for Final Approval of Class Action Settlement and request that the Court enter the proposed Final Approval Order, attached as Exhibit A to the Declaration of Michael M. Tresnowski.

Dated:  February 2, 2023

                                        Respectfully submitted,

                                        s/Michael M. Tresnowski
                                        One of Plaintiffs' Attorneys

---

[1] All capitalized terms are defined in the Settlement Agreement and all exhibits are attached to the Declaration of Michael M. Tresnowski.

Sally J. Abrahamson
sabrahamson@flsalaw.com
**Werman Salas P.C.**
335 18th Pl NE
Washington, D.C. 20002
Phone No.: (202) 830-2016
Fax No.: (312) 419-1025

Michael M. Tresnowski*
mtresnowski@flsalaw.com
**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008
Fax No.: (312) 419-1025

*Attorneys for Plaintiffs and the Class*

* Admitted *pro hac vice*